UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DERRAN MORRIS,

                        Petitioner,                  **ORDER**

         -against-                  25 Civ. 2091 (NSR) (AEK)

M. KOPP, *Acting Superintendent, Sing Sing Correctional Facility*,

                        Respondent.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

In its Order to Answer, the Court ordered Petitioner to serve and file his reply papers within 30 days from the date on which he was served with Respondent's answer. *See* ECF No. 9. Respondent's answer to Petitioner's habeas petition was a motion to dismiss, which Respondent served by mail on Petitioner on June 5, 2025. *See* ECF No. 14-1. Giving Petitioner the 30 days provided for in the Order to Answer, plus an additional 3 days since Respondent served its papers by mail, *see* Fed. R. Civ. P. 6(d), Petitioner had until July 8, 2025 to serve and file his reply papers. To date, Petitioner has neither filed his reply papers nor contacted the Court to request an extension of time in which to do so. Accordingly, the Court *sua sponte* extends Petitioner's time to serve and file his reply papers to **August 7, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

Dated: July 18, 2025
       White Plains, New York

                                     **SO ORDERED.**

                                     ANDREW E. KRAUSE
                                     United States Magistrate Judge