**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DERRAN MORRIS, :,

                        Petitioner,              25 **CIVIL** 2091 (NSR) (AEK)

     -against-                            **JUDGMENT**

M. KOPP, Acting Superintendent,
Sing Sing Correctional Facility,

                        Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 4, 2025, the Court adopts MJ Krause's R&R in its entirety. The instant proceeding commenced pursuant to 28 U.S.C. § 2554 is deemed DISMISSED with prejudice. As the Petition presents no questions of substance for appellate review, a certificate of probable cause should not be issued. See Rodriquez v. Scully, 905 F.2d 24 (2d Cir. 1990) (per curiam); Alexander v. Harris, 595 F.2d 87, 90–91 (2d Cir. 1979). The Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal from this order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438 (1962); accordingly, the case is closed.

**DATED:** New York, New York
          December 5, 2025

                                 **TAMMI M. HELLWIG**
                               _____
                                 **Clerk of Court**

               **BY:**   _____
                                 **Deputy Clerk**